No. 90–1786. BROWN ET AL. *v.* CITY OF DORAVILLE, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1787. LUDLOW PARK HOMEOWNERS ASSN., INC., ET AL. *v.* COUNTY OF WESTCHESTER, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1788. KUNKLE ET AL. *v.* FULTON COUNTY, OHIO, BOARD OF COMMISSIONERS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–1789. LEHTINEN *v.* S. J. & W. RANCH, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1790. SAVIC *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–1793. AVON GROUP, INC. *v.* NEW YORK INSURANCE DEPARTMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1794. CHARRIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1795. CHROMALLOY PHARMACEUTICAL, INC. *v.* BOYER, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF BOYER, DECEASED, ET AL.; and
No. 90–1817. TENNECO RESINS, INC. *v.* SIMMERS ET AL. Super. Ct. Pa. Certiorari denied. Reported below: 394 Pa. Super. 464, 576 A. 2d 376.

No. 90–1796. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, LOCAL UNION NO. 1937 *v.* LOWER LAKE DOCK CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–1797. POLYAK *v.* BOSTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–1798. EBANKS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–1803. BILZERIAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.